UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS & TERESA EDWARDS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>Defendant(s). | Case No.: 2:24-cv-01875-WBS-AC<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  February 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER